United States,
　　　Respondant

－vs.－

Furman B. Quattlebaum,
　　　Defendant

Cr : 3:02-548

COA : (03-4389CL)

July 23, 2008

## Notice Of Appeal

I would like to appeal. My 300 month sentence imposed on July 23, 2008. Thanks in advance

Furman B. Quattlebaum 96130-071
P.O. Box 300
Pine knot, ky 42635

Respectfully Submitted,
/S/ Furman Quattleb——
P.O. Box 2019
Lexington, SC 29071

