IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 3:02-548-CMC |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Furman Benjamin Quattlebaum, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's motion for reconsideration. Defendant was recently resentenced by this court to 300 months' imprisonment. Defendant now seeks reconsideration of the sentence imposed.

The power of a court to modify a sentence is very limited. This court adequately and thoroughly explained the reasons for the sentence imposed at the resentencing hearing held July 23, 2008. Defendant's motion does not reach the narrow category of cases covered under 18 U.S.C. § 3582. Defendant's motion is, therefore, **denied**.

**IT IS SO ORDERED.**

 s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 4, 2008

C:\Documents and Settings\baw58\Local Settings\Temp\notesE1EF34\02-548 Furman Quattlebaum e denying motion for reconsideration.wpd

1