# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER: | 3:02-cr-000548 |
| ) | | |
| VS. ) | **NOTICE OF APPEAL** | |
| ) | | |
| FURMAN QUATTLEBAUM ) | | |
| _____) | | |

    Notice is hereby given that, FURMAN QUATTLEBAUM, defendant named above, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the jury verdict, judgment and sentence entered in this action before the Honorable Cameron McGowan Currie, United States District Judge on the 30th day of July, 2008. The Defendant also requests the appointment of new appellate counsel.

                                                              /s/ John M. Ervin, III
                                                               John M. Ervin, III
                                                               50 Public Square
                                                               Post Office Box 23
                                                               Darlington, South Carolina 29540
                                                               (843) 393-5555
                                                               Federal Attorney ID # 955
                                                              ATTORNEY FOR DEFENDANT
                                                              FURMAN QUATTLEBAUM

Darlington, South Carolina
August 4, 2008