IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, | CRIMINAL NO. 3:02-548 (CMC) |
| v. | **OPINION and ORDER** |
| Furman Benjamin Quattlebaum, | |
| Defendant. | |

This matter is before the court pursuant to Defendant's *pro se* motion for reconsideration. ECF No. 3954. Defendant seeks reconsideration of the court's denial of relief under Amendment 782. *See* Order, ECF Nos. 3948. However, pursuant to *United States v. Goodwyn*, 596 F.3d 233, 236 (4th Cir. 2010), "the clear intent of § 3582 is to *constrain* postjudgment sentence modifications . . . ." Section § 3582(c) "gives a district court one—and only one—opportunity to apply the retroactive amendments and modify the sentence." *United States v. Mann*, 435 F. App'x 254, 254 (2011) (citing *Goodwyn*, 596 F.3d at 236); *see also United States v. Redd*, 630 F.3d 649, 651 (7th Cir. 2011). Accordingly, this court is without jurisdiction to entertain Defendant's motion for reconsideration of relief under § 3582(c), and it is dismissed.[1]

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 30, 2015

---

[1] The Clerk is directed to return to Defendant certain material which was submitted with his original motion but which was not filed due to the amount of personal information which was included.